United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 97-3747

_____

Clifford W. Balanger,                          *
                                               *
            Appellant,                         *
                                               * Appeal from the United States
      v.                                       * District Court for the
                                               * Eastern District of Arkansas.
Kenneth S. Apfel, Commissioner,                *
Social Security Administration,                *         [UNPUBLISHED]
                                               *
            Appellee.                          *

_____

Submitted: March 4, 1998
     Filed: March 19, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

      Clifford W. Balanger appeals the district court's[1] order granting summary
judgment and affirming the Commissioner's decision to deny Balanger disability
insurance benefits. Having carefully reviewed the record and the parties' submissions,
we conclude substantial evidence on the record as a whole supports the

_____

      [1]The Honorable H. David Young, United Stated Magistrate Judge for the Eastern
District of Arkansas, to whom the case was referred for final disposition by consent of
the parties pursuant to 28 U.S.C. § 636(c).

Commissioner's decision.  Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.